No. 79–6467. WILLIS ET AL. v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 79–6472. JONES v. ILLINOIS. App. Ct. Ill., 3d Dist. Certiorari denied.

No. 79–6474. BLACK v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 79–6477. CLARK v. MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 79–6481. FEISTMAN ET UX. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied.

No. 79–6482. BRITT ET AL. v. GEORGIA. Ct. App. Ga. Certiorari denied.

No. 79–6484. CARO-CARVAJAL v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 79–6499. EAKER v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 79–6500. WARREN v. GOVERNMENT NATIONAL MORTGAGE ASSN. ET AL. C. A. 8th Cir. Certiorari denied.

No. 79–6506. COVINO v. MORRIS, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 79–6507. MARTINOVSKY v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 79–6515. MASTERS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.